# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TEDRIC L. FREMONT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:20-00223-JB-N |
| | ) | |
| DR. FREDRICK, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 9) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated May 4, 2021, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this civil action is **DISMISSED without prejudice**, *sua sponte*.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 24th day of May, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE